David J. Carroll, Appellee, v. Leander J. McCormick Building Corporation, Appellant.

Gen. No. 43,134.

NIEMEYER, P. J., specially concurring.

opinion filed December 11, 1944; released for publication December 27, 1944. Anderson & Clarke and Dunbar & Rich, for appellant; William J. Remus and George T. Madden, for appellee; Thomas H. Murray, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.